### 14014.  WATKINS *v.* THE STATE.

LUKE, J.  A certificate to a bill of exceptions, wherein the judge certifies that it is true and correct " except the third assignment of error; motion was submitted by counsel for defendant and State," does not amount to a certification that the bill of exceptions as written is true; and the writ of error must be dismissed. *Love* v. *Love,* 146 *Ga.* 161, 162 (91 S. E. 27), and authorities cited.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED DECEMBER 13, 1922.

Indictment for sale of liquor; from Douglas superior court — Judge Irwin.  September 26, 1922.

*J. S. James,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.